In re: James M. KINCAID; In re:
Estrella Kincaid, Debtors,

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* The unpublished memorandum disposititon filed March 29, 2006 is withdrawn.

Appellant's motion to extend time until June 26, 2006 to file a petition for panel rehearing and his motion to extend time to file a reply to the appellee's response to appellant's motion to extend time are denied.

A memorandum disposition is filed concurrently with this Order. The time within which appellant may file post opinion motions commences on the date the memorandum disposition is filed, and no extension of time will be granted.

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

**Estrella Kincaid, Appellant,**

v.

**Bankruptcy Court for the Eastern District of California, Appellees.**

No. 05–15039.

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2006.*

Filed March 29, 2006.

Estrella Kincaid, Sacramento, CA, pro se.

Bankruptcy Court for the Eastern District of California, Sacramento, CA, pro se.

Jan P. Johnson, Sacramento, CA, pro se.

Before: CANBY, BEEZER, and KOZINSKI, Circuit Judges.

MEMORANDUM **

Chapter 13 debtor Estrella Kincaid appeals pro se from the Bankruptcy Appellate Panel's order denying her motion for a writ of mandamus. We have jurisdiction under 28 U.S.C. § 158(d). We review for abuse of discretion, *Vizcaino v. United States Dist. Ct. for the Western Dist. of Wash.,* 173 F.3d 713, 719 (9th Cir.1999), and we affirm.

The Bankruptcy Appellate Panel did not abuse its discretion in concluding that an extraordinary writ was inappropriate where, as here, direct appeal of the bankruptcy court's decision was available. *See DeGeorge v. United States Dist. Ct. for the*

*Central Dist. of Calif.,* 219 F.3d 930, 934–35 (9th Cir.2000).

**AFFIRMED.**